IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE REYES, ET AL | CIVIL CASE NO.: |
| | 2:12-cv-02043-HGB-DEK |
| PLAINTIFFS | |
| VERSUS | DISTRICT COURT JUDGE: |
| | HELEN C. BERRIGAN |
| JULIA PLACE CONDOMINIUMS | MAGISTRATE JUDGE: |
| HOMEOWNERS ASSOCIATION, | DANIEL E. KNOWLES, III |
| INC., ET AL | |
| DEFENDANTS | SECTION "C" |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Nicole Reyes ("Plaintiff" or "Reyes"), individually and as the representative of two classes, files this motion for partial summary judgment asking this Court to rule that La. R.S. 9:3500 and La. R.S. 9:3501 ("Louisiana's Usury Statutes") apply to the obligation to pay late fees, interest and related charges for late payment of condominium assessments, as charged by Julia Place Condominium Homeowners Association.

Defendants, Julia Place Condominium Homeowners Association ("JPCHA"), Steeg Law, LLC ("Steeg") and Margaret V. Glass ("Glass")(collectively "defendants"), have filed Motions to Dismiss (R. Doc. 100, R. Doc. 110) arguing that Louisiana's Usury Statutes do not apply to the late fees and interest charged by condominium associations.  Because the Court will necessarily have to resolve this pure issue of law in the context of the defendants' Motion to Dismiss, Reyes seeks a partial summary judgment on that issue, leaving for another day the question of which defendants may be liable for violating the usury statutes, and for how much. If the Louisiana Usury Statutes apply, there can be no question that JPCHA's has violated them because it charges 18% interest, late fees and attorney's fees.

1

As outlined in the attached Memorandum in Support and in Reyes' response to the defendants' Motions to Dismiss, filed contemporaneously, the Louisiana Usury Statutes apply "to any contract" that does not fall into one of the exceptions delineated therein, not simply to "loans," as the defendants contend. Following the plain language of the statutes, Louisiana courts have recognized the Louisiana Usury Statutes apply to contracts to pay attorneys fees, for weekly news services, for wirelines services, commercial leases, and any number of other services provided on open account. There is simply no basis on which to argue the usury statutes do not apply to an obligation to pay condominium assessments.

Additionally, in *Thrift Funds of Baton Rouge, Inc. v. Jones,* 274 So. 2d 150, 157 (La. 1973), the Louisiana Supreme Court recognized that any charge for late payment constitutes interest for purposes of the usury statutes. ("charges for use of the money--whether denoted as interest, whether capitalized within the face amount of the note, or whether denoted as an 'extension' or 'late' charge--are all 'interest for purposes of determining whether a note is usurious under Civil Code Article 2924.'"). Thus, the late fees charged by JPCHA are subject to usury. The statute cited by the defendants, LSA-R.S. 9:3505, does not apply because this matter does not involve federally related mortgage loans subject to 12 U.S.C. § 1735f-5. It arises out of section 9:3500 and 9:3501, not section 9:3505.

WHEREFORE, Plaintiff requests that this Court grant her partial summary judgment as described hereinabove.

Respectfully submitted, this 30th day of October, 2012.

> NICOLE REYES AND FDCPA CLASS ACTION PLAINTIFFS AND USURIOUS CLASS ACTION PLAINTIFFS
>
> BY:  FOWLER RODRIGUEZ VALDES-FAULI
>
> /s/: *Todd G. Crawford*
> Todd G. Crawford (20150)
> John S. Garner (25314)
> Fowler, Rodriguez, Valdes-Fauli
> 2505 14th Street, Suite 500
> Post Office Box 4080 (39502)
> Gulfport, MS 39501
> Telephone: (228) 822-9340
> Facsimile   (228) 822-9343
> *Attorneys for Nicole Reyes and FDCPA class action plaintiffs and usurious class action plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

> */s/ Todd G. Crawford*
> Todd G. Crawford