IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NICOLE REYES, ET AL** | CIVIL CASE NO.: |
| | 2:12-cv-02043-HGB-DEK |
| **PLAINTIFFS** | |
| **VERSUS** | DISTRICT COURT JUDGE: |
| | HELEN C. BERRIGAN |
| **JULIA PLACE CONDOMINIUMS** | MAGISTRATE JUDGE: |
| **HOMEOWNERS ASSOCIATION,** | DANIEL E. KNOWLES, III |
| **INC., ET AL** | |
| **DEFENDANTS** | SECTION "C" |

### PLAINTIFF'S STATEMENT OF UNCONTESTED FACTS

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Nicole Reyes, individually and as the representative of two classes, and submits the following statement of uncontested material facts in support of her Motion for Partial Summary Judgment:

The ledgers maintained by defendant Julia Place Condo Association (JPCA) as business records and provided monthly to plaintiff, class representative Nicole Reyes in these proceedings,[1] show the following:

1. JPCA has charged Reyes with 18% interest on delinquent assessments and late fees.

2. JPCA has charged Reyes with $100 per month in late charges for delinquent payment of assessments and late fees.

---

[1] The ledgers are attached as Exhibit "A" and were previously admitted as evidence in support of a preliminary injunction as Exhibit 2 to R. Doc. 99-2. Similar ledgers are attached to Exhibit A and D of R. Doc 1 and R.Doc. 40.

3. The monthly assessments giving rise to these charges are less than $220 per month, as reflected by the ledgers attached to the complaint.[2]

4. A $100 late charge on a principal amount of $220 is more than 45% of the principal amount due, and are charged even when the assessment or other charge is only one day late.

5. A charge of 45.45% per month is equal to an annualized interest rate in excess of 545%.

6. The 18% interest rate charged by JPCA exceeds the 12% maximum interest rate allowed by Louisiana usury statutes.

7. The 45.45% per month, or 545% per year, rate imposed by the $100 late fee of JPCA exceeds the 12% maximum interest rate allowed by Louisiana usury statutes.

8. Alternatively, whatever the interest is relative to the $100 per month late fee, that rate exceeds the 12% maximum interest rate allowed by Louisiana usury statutes.

9. JPCA has charged late fee on late fees.[3]

10. JPCA has charged interest on interest.[4]

11. JPCA has charged interest and late fees on interest and late fees.[5]

12. JPCA has charged interest and late fees on disputed attorney's fees.[6]

---

[2] Exhibit A; R. Doc. 1, R. Doc. 40; See also Exhibit "A".
[3] Exhibit A.
[4] Exhibit A.
[5] Exhibit A.
[6] Exhibit A.

Respectfully submitted, this 30th day of October, 2012.

>NICOLE REYES AND FDCPA CLASS ACTION PLAINTIFFS AND USURIOUS CLASS ACTION PLAINTIFFS
>
>BY: FOWLER RODRIGUEZ VALDES-FAULI
>
>/s/: *Todd G. Crawford*
>Todd G. Crawford (20150)
>John S. Garner (25314)
>Fowler, Rodriguez, Valdes-Fauli
>2505 14th Street, Suite 500
>Post Office Box 4080 (39502)
>Gulfport, MS 39501
>Telephone: (228) 822-9340
>Facsimile (228) 822-9343
>*Attorneys for Nicole Reyes and FDCPA*
>*class action plaintiffs and usurious class*
>*action plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>*/s/ Todd G. Crawford*
>Todd G. Crawford